IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

FILED
U.S. District Court
District of Kansas

SEP 17 2019

Clerk, U.S. District Court
By _____ Deputy Clerk

Kerry Devin O'Bryan,  )
    Petitioner,  )
                   )
vs.  )  Case No.
                   )  96-10076-003-MLB
United States of America,  )
    Respondent.  )

## MOTION REQUESTING SENTENCE REDUCTION
## MADE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)

COMES NOW the Petitioner, Kerry Devin O'Bryan, prose, and pursuant to the provisions of 18 U.S.C. § 3582(c)(1)(A)(i), hereby moves this Honorable Court for a reduction of sentence. In support hereof, O'Bryan states as follows:

1. O'Bryan filed an electronic request to staff on August 7th, 2019, therein requesting a sentence reduction based upon extraordinary or compelling reasons. Attached hereto.

2. On August 8th, 2019, staff responded to that request, stating that: "Your requested has been received on 8/8/19. It will be processed." Attached hereto.

3. As of the date of my mailing this motion to the court (below), I have not received a response from Warden Terris concerning my request for a sentence reduction. More than 30 days have elapsed since the receipt and acknowledgment of my request on August 8th, 2019.

-1-

4. Because more than 30 days has elapsed since the receipt and acknowledgement of my request on August 8th, 2019, without a response from Warden Terris (Warden at F.C.I. Milan), this Honorable Court may now consider this motion for sentence reduction without further delay under the provisions of 18 U.S.C. §3582(c)(1)(A).

5. On December 18, 1998, I was sentenced to an aggregate term of 351 months imprisonment in case no. 96-10076-003-MLB (D. Kan.). Two of my counts of conviction were for violation of 18 U.S.C. §924(c)(1). Pursuant to those counts, I was sentenced to 60 months imprisonment, and 240 months imprisonment, each to run consecutive to each other and the remaining 51 months imprisonment for the other four counts of conviction.

6. In the case of *Deal v. United States*, 508 U.S. 129 (1993), the U.S. Supreme Court issued its ruling that multiple counts of §924(c)(1) could be "stacked" with each other, with defendants receiving the enhanced penalty for each "second or subsequent conviction," even if the defendants were first time offenders with no criminal history or previous convictions for violation of that section.

7. At the time that *Deal* was decided, the U.S. Congress had not defined the term "second or subsequent conviction" as used in the §924(c)(1) statute.

8. Pursuant to the First Step Act, the U.S. Congress issued its "clarifying amendment" as to exactly what the term "second or subsequent conviction" actually means within the text of the §924(c) statute. This clarification of that statutory language subsequently overruled the *Deal* decision, and eliminated the "stacking" of the enhanced §924(c) penalties against defendants without actual prior convictions that had become final.

-2-

9. Under the clarified language of §924(c), the sentence of imprisonment which I would have received would have been an aggregate total of only 171 months — i.e., 60 months for the first §924(c)(1) count, 60 months for the second §924(c)(1) count, and 51 months for the remaining counts, all consecutive to each other.

10. It is important to note that the *First Step Act* did not create a "new" law as it concerns §924(c)(1), but instead, only "clarified" the already existing law, thereby overturning the erroneous *Deal* decision by the U.S. Supreme Court — i.e., the *First Step Act* merely announced what the term "second or subsequent conviction" **always** meant.

11. I have already served the entire 171 month term of imprisonment that should have been imposed as originally intended by the U.S. Congress. Additionally, I have also served nearly a decade beyond that term. Likewise, these amounts do not include the roughly 40 months good time credit that I have already earned to date.

12. During my incarceration in the BOP, I have completed numerous programs, including, but not limited to, the 6 month Residential Values Program at F.C.I. Greenville, and the Apprentice-Carpentry Program at F.C.I. Milan. Also, I have been working at the same prison job assignment since July 19, 2004, where I receive "outstanding" work evaluations. *See Supervised Release Plan* (attached hereto). Combine this with the single minor incident report which I have received almost 15 years ago (Code 305: Possessing Unauthorized Items) — the only incident report in more than 20+ years imprisonment — and it is evident that any goals of rehabilitation have, in fact, been met.

13. Had the U.S. Congress "clarified" the language prior to my sentencing in 1998, I would have long ago been released and reintegrated into society, working a steady job, and helping to take care of my family.

- 3 -

14. The newly enacted First Step Act (18 U.S.C. § 3582(c)(1)(A)(i)) allows for a reduction of sentence in the event of "extraordinary or compelling reason." Surely a man who continues to serve a term of imprisonment more than double that originally intended by the U.S. Congress — a man who has rehabilitated and is ready to reenter society — represents such an "extraordinary or compelling reason" in this case.

WHEREFORE, the Petitioner moves this Honorable Court for a reduction of sentence, thereby eliminating his remaining term of imprisonment and supervised release, at the earliest possible time.

Respectfully Requested,

*Kerry Devin O'Bryan*
KERRY DEVIN O'BRYAN
Reg. No. 08486-031
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160-0190
PETITIONER

I hereby affirm under penalty of perjury that the foregoing is true and correct.

September 10th, 2019        *Kerry Devin O'Bryan*
Executed on this day of:    KERRY DEVIN O'BRYAN
                            Reg. No. 08486-031
                            F.C.I. Milan
                            PETITIONER

- 4 -

## CERTIFICATE OF SERVICE

I, KERRY DEVIN O'BRYAN, the undersigned, hereby certify that I placed a true and correct copy of the foregoing MOTION REQUESTING SENTENCE REDUCTION in the U.S. Mail via the F.C.I. Milan inmate mail system, first class postage prepaid and properly addressed to the following on this day of September 10th, 2019:

United States Attorney
District of Kansas
301 N. Main, Ste. #1200
Wichita, KS 67202

*Kerry Devin O'Bryan*
KERRY DEVIN O'BRYAN
Reg. No. 08486-031
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160-0190

-5-

Kerry Devin O'Bryan #08486-031
Federal Correctional Institution
F.C.I. Milan          P.O. Box 1000
Milan,      MI    48160-0190

Metroplex MI 480 ZIP
WED 11 SEP 2019AM

RECEIVED
SEP 17 2019

Clerk of the Court
U.S. District Court
401 N. Market Street
Wichita, KS 67202

⇔08486-031⇔
United States Court Clerk
401 N Market ST
U.S. District Court
Wichita, KS 672C2
United States

LEGAL MAIL: 09-10-19