FILED
U.S. District Court
District of Kansas

DEC 27 2019

Clerk, U.S. District Court
By [signature] Deputy Clerk

ATTN: Chief Judge J. Thomas Marten
U.S. District Court
District of Kansas, Wichita Division
401 N. Market Street
Wichita, KS 67202-2096

RE: U.S. v. Kerry Devin O'Bryan, Case No. 6:96-CR-10076-JTM-3
Motion for Sentence Reduction Under 18 U.S.C. §3582(c)(1)(A)(i) (Doc. 229)
**\* EMERGENCY REQUEST FOR IMMEDIATE RELEASE \***

DATE: December 21, 2019

Your Honor,

On 12/21/2019, at 6:13 PM, I called (785) 317-7598, and spoke with my eldest daughter, Karly Werry. Her health has taken a serious turn for the worst, and approximately three days ago she was admitted to the emergency room for acute liver failure. If her condition does not improve, she will be transferred from the hospital in Manhattan, KS, to a transplant hospital in Wichita, KS. It is likely that she will need a liver transplant. We discussed my donating part of my liver to her during this phonecall, which was recorded by the BOP and is available for your review if you wish. The phone number, above, is my daughter's cellphone number. All information is capable of verification by court officers, at your discretion.

Accordingly, please consider my previous motion for a sentence reduction under 18 U.S.C. §3582 on an emergency basis, so that I will be available for my daughter, Karly Ross Werry, in the immediate future. Thank you.

Respectfully Requested,

December 21st, 2019
Executed on this day of:

[signature]
Kerry Devin O'Bryan #08486-031
F.C.I. Milan    P.O. Box 1000
Milan, MI 48160-0190
PRO SE MOVANT

Kerry Devin O'Bryan
NAME

08486-031
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
DEC 27 2019

METROPLEX MI 480
23 DEC 2019 AM 2 L



⇔08486-031⇔
United States Court Clerk
401 N Market ST
U.S. District Court
Wichita, KS 67202
United States

67202-208999

LEGAL MAIL: 12/21/2019