FILED
U.S. District Court
District of Kansas

DEC 30 2019

Clerk, U.S. District Court
By _____ Deputy Clerk

ATTN: Chief Judge J. Thomas Marten
U.S. District Court, District of Kansas

RE: U.S. v. Kerry Devin O'Bryan
Case No. 6:96-CR-10076-JTM-3
18 U.S.C. §3582(c)(1)(A)(i) Motion for Sentence Reduction

DATE: December 23rd, 2019

Your Honor,

On December 21st, 2019, I sent a letter to you requesting an expedited hearing of my §3582 motion due to my daughter, Karly Werry, and her serious medical condition (liver failure). This is an update with additional information.

As of this date, she is at Ascension Via Christi Hospital, in Manhattan, KS. One of her attending physicians is Dr. Porthuvu. I spoke with Karly today, and there has been no improvement in her medical condition.

Unrelated to my daughter's medical condition, I have completed enrollment at Adams State University for their Paralegal I & II programs. My eight textbooks were delivered to me here today, and my coursework should arrive by the second week of January 2020. I am looking forward to completing these classes and obtaining my accredited paralegal certificate.

Please verify all of this information in support of my §3582 motion. I remain unable to verify these facts for you, due to my continued state of imprisonment. Thank you.

Respectfully Submitted,

December 23rd, 2019
Executed on this day of:

Kerry Devin O'Bryan
Kerry Devin O'Bryan
Reg. No. 08486-031
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160-0190
PRO SE MOVANT-DEFENDANT

Kerry Devin O'Bryan
NAME

08486-031
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

26 DEC 2019 PM 1 L



**RECEIVED**

DEC 30 2019

⇔08486-031⇔
United States Court Clerk
401 N Market ST
U.S. District Court
Wichita, KS 67202
United States

67202-208999

LEGAL MAIL: 12/23/2019